# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-4170

_____

United States of America,              *
                                      *

          Appellee,         *

                                      *   Appeal from the United States

     v.                       *   District Court for the

                                      *   Western District of Arkansas.

Titus Parks,                  *

                                      *    [UNPUBLISHED]

          Appellant.      *

_____

Submitted:  September 24, 2007
Filed:  October 12, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Titus Parks appeals the 151-month prison sentence imposed by the district court[1] following his guilty plea to distributing a mixture or substance containing cocaine base (crack cocaine).  Citing United States v. Booker, 543 U.S. 220 (2005), Parks challenges (1) the 100:1 quantity ratio used for sentencing crack-cocaine versus powder-cocaine offenders, and (2) mandatory minimum sentences in drug cases. Upon review, we hold that Parks's appeal is without merit.  See, e.g., United States v. Castro-Higuero, 473 F.3d 880, 888 (8th Cir. 2007) (rejecting argument that Booker

---

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

made mandatory minimum sentences unconstitutional); <u>United States v. Spears</u>, 469 F.3d 1166, 1176 (8th Cir. 2006) (en banc) ("[N]either <u>Booker</u> nor § 3553(a) authorizes district courts to reject the 100:1 quantity ratio and use a different ratio in sentencing defendants for crack cocaine offenses.").

      Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____